IN THE MATTER OF CLOYCE GILBERT LITTLE LIGHT, PETITIONER.

No. 11277.
Decided January 9, 1967.

Memo Opinion.

PER CURIAM:

Original proceeding. Petition for a writ of habeas corpus presented ex parte by counsel for petitioner.

The writ sought is refused and the proceeding is ordered dismissed.

DATED THIS 9th day of January, 1967.